**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1425**

_____

WILLIAM LEE RICHARDSON, JR.,

                                              Plaintiff - Appellant,

     versus

WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

                                              Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. W. Craig Broadwater, District Judge. (CA-99-8-3)

_____

Submitted: June 17, 1999             Decided: June 23, 1999

_____

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William Lee Richardson, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lee Richardson, Jr., appeals the district court's order dismissing his civil complaint for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Richardson v. West Virginia Dep't of Health</u>, No. CA-99-8-3 (N.D.W. Va. Mar. 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>